```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 15-20830-CR-ZLOCH
```

UNITED STATES OF AMERICA,

        Plaintiff,              **ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE JOHN J. O'SULLIVAN**

vs.

ODENIA SAMSON,

        Defendant.

_____/

THIS CAUSE is before the Court upon the Defendant Odenia Samson's Motion For Return Of Seized Property (DE 273). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED** that pursuant to the provisions of 28 U.S.C. § 636 and pursuant to Rule 1 of the Magistrate Rules for the United States District Court, Southern District of Florida, the aforementioned Motion be and the same is hereby referred to the United States Magistrate Judge for a report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___11th___ day of April, 2019.

                                        WILLIAM J. ZLOCH
                                        Sr. United States District Judge

Copies furnished:
Magistrate Judge John J. O'Sullivan
All Counsel and Parties of Record