UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20830-CR-ZLOCH/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ODENIA SAMSON,

    Defendant.

_____/

### ORDER

THIS MATTER came before the Court on the Verified Claim for Remission or Mitigation of Seized Property (DE# 273, 12/11/18) filed by the defendant pro se. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the government shall file a response to the Verified Claim for Remission or Mitigation of Seized Property (DE# 273, 12/11/18) on or before **Monday, April 29, 2019**. The defendant may file a reply no later than **Monday, May 13, 2019**.

DONE AND ORDERED, in Chambers, at Miami, Florida this **12th** day of April, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies mailed by Chambers to:
Odenia Samson
50152-408
FCC Yazoo City Low
P.O. Box 5000
Yazoo City, MS 39194-5000