UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20830-CR-ZLOCH/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ODENIA SAMSON,

    Defendant.
_____/

### ORDER

THIS MATTER came before the Court on the Verified Claim for Remission or Mitigation of Seized Property (DE# 273, 12/11/18) (hereinafter "Motion") filed by the defendant pro se. The instant Motion "request[ed] an order directing the government to return . . . $5,330 . . . to Defendant . . . ." Id. On April 29, 2019, the government filed United States' Status Report (DE# 284, 4/29/19) indicating that "[o]n March 26, 2019, the United States Attorney's Office for the Southern District of Florida (hereinafter referred to as the 'USAO-SDFL') informed the Federal Bureau of Investigation (hereinafter referred to as the 'FBI') that the USAO-SDFL would decline any judicial action against the seized $5,330.00 in U.S. currency" and that on April 29, 2019, an FBI Asset Forfeiture Paralegal Specialist advised the USAO-SDFL that "she would forward the appropriate United States Marshals Service's paper work to Defendant Samson to initiate the return and distribution of the Property." Because the government is in the process of returning the subject property to the defendant, it is

ORDERED AND ADJUDGED that the Verified Claim for Remission or Mitigation of Seized Property (DE# 273, 12/11/18) is **DENIED as moot**.

DONE AND ORDERED, in Chambers, at Miami, Florida this **29th** day of April, 2019.

                                            */s/ John J. O'Sullivan*
                                            JOHN J. O'SULLIVAN
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

Copies mailed by Chambers to:
Odenia Samson
50152-408
FCC Yazoo City Low
P.O. Box 5000
Yazoo City, MS 39194-5000